**Form A**

Plaintiff's Name (first, middle, last): DAVID L. PERRY
Street Address: 70 Baldwin Avenue, Apt. 40
City, State, Zip: Jersey City, NJ 07306
Telephone Number: 516-468-5005

Defendant's Name (first, middle, last): CDS Software, LLC
Street Address: 2225 First Street, Suite 102
City, State, Zip: Simi Valley, CA 93065-1983
Telephone Number: 888-916-3333

**Superior Court of New Jersey**
**Law Division, Special Civil Part**
Hudson County
Docket Number: _____
(to be provided by the court)

**Civil Action**

**Complaint**

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B) Attach additional sheets if necessary.

Pursuant to 47 USC 227, Defendant called the Plaintiff's cell phone on 10/14/14 at 0924 AM with an Automatic Telephone Dialing System (ATDS) capable equipment without the express consent of the Plaintiff in violation of 47 U.S.C. 227

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $ 1,500.00

At the trial Plaintiff will need:
An interpreter  ☐ Yes ☒ No  Indicate language: _____
An accommodation for disability  ☐ Yes ☒ No  Indicate accommodation _____

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

Date: January 19, 2017

Your Signature: [signature]
Name Typed, Stamped or Printed: David L. Perry


EXHIBIT A

SUPERIOR COURT OF NEW JERSEY
SPECIAL CIVIL PART
DOCKET NO._____

__David L. Perry__
PLAINTIFF(S)

VS.

__CDC Software, LLC__
DEFENDANT(S)

## CERTIFICATE OF DILIGENT INQUIRY

__David L Perry__, of full age, hereby certifies as follows:

1. I am the plaintiff/attorney in this matter. I am fully familiar with the facts of this case and make this certification on personal knowledge.

2. I have made a diligent search of the defendant's present location and find that the defendant is no longer in the State of New Jersey. Specifically, I did the following to locate an address for service of the defendant in New Jersey:

   (a) __Defendant Never lived in New Jersey__
   (b) __I checked the Division of Revenue__
   (c) _____
   (d) _____
   (e) _____

3. The defendant's last known address is __2225 First Street, Suite 102 Simi Valley, CA 93065-1983__

This is the address to which plaintiff/I sent the last communication to the defendant and it is believed to be the address where the defendant still resides.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statement are willfully false, I an subject to punishment.

Date: __1/19/2017__     Plaintiff/Attorney _[signature]_

| Court's Address and Phone Number: | Superior Court of New Jersey |
| --- | --- |
| LAW DIVISION Special Civil Part<br>583 Newark Ave<br>Jersey City, NJ 07306<br><br>Telephone No. 201-217-5162 | Law Division, Special Civil Part<br>HUDSON County<br>Docket No: DC _____<br>Civil Action<br>**SUMMONS**<br>Check one ☐ Contract ☒ RECEIVED #13<br>JAN 19 2017<br>SUPERIOR COURT OF NJ<br>FEE OFFICE<br>COUNTY OF HUDSON |

## YOU ARE BEING SUED!

| Person or Business Suing You (*Plaintiff*) | Person or Business Being Sued (*Defendant*) |
| --- | --- |
| David L Perry<br>70 Baldwin Ave, Apt. 40<br>Jersey City, NJ 07306 | CDS Software LLC<br>2225 First Street, Suite 102<br>Simi Valley, CA 93065-1983 |
| (See the following page(s) for additional plaintiffs) | (See the following page(s) for additional defendants) |

**Plaintiff's Attorney Information**

David L Perry
70 Baldwin Ave, Apt. 40
Jersey City, NJ 07306

The Person or Business Suing You Claims You Owe the Following:

| | |
| --- | --- |
| Demand Amount | $ 1500.00 |
| Filing Fee | $ 50.00 |
| Service Fee | $ 7.00 |
| Attorney's Fees | $ |
| **TOTAL** | $ 1557.00 |

**FOR JUDICIARY USE ONLY**

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement.** If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE _____, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Clerk's Offices or on the Judiciary's Internet site www.njcourts.com under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include DC _____ (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before _____.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the SIGNED agreement to the court's address listed above on or before _____.

**Please Note** - You may wish to get an attorney to represent you. If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at _____. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at _____. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name _____
Acting Deputy Clerk of the Superior Court

BATCH # _____
RECEIVED DATE 1/19/17
CA / CK / MO / CG
CK/CG ACCT. # 104760
AMOUNT 57
PAYOR Perry

English/Spanish, NON-JEFIS DC Summons – Promulgated by Notice to the Bar: 07/13/2015