UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAVID L. PERRY, | : | CIVIL ACTION NO. 17-1397 (JLL) |
| Plaintiff, | : | **ORDER & JUDGMENT** |
| v. | : | |
| CDS SOFTWARE, LLC, | : | |
| Defendant. | : | |

For the reasons set forth in the Court's accompanying Opinion, **IT IS** on this 1st day of May, 2017, **ORDERED** that the motion by the defendant, CDS Software, LLC, to dismiss the complaint **(dkt. 3)** is **GRANTED**; and it further

**ADJUDGED** that the complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court designate the action as **CLOSED**.

/s/ Jose L. Linares

**JOSE L. LINARES**
United States District Judge